IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 06-po-00002-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT L. CONGDON,

      Defendant.

---

## ORDER SETTING TRIAL

---

It is hereby ORDERED that this matter is set for a three hour trial to the Court commencing at 9:00 a.m. on June 8, 2006 before Magistrate Judge Gudrun Rice, in Courtroom 323, 3rd Floor, Wayne N. Aspinall Federal Building, 400 Rood Avenue, Grand Junction, Colorado (81501).  The provisions of the Local Rules of this Court and of Fed.R.Crim.P. 16 shall be followed by the prosecution and the defense.

It is further ORDERED that any pretrial motions are to be filed with the Clerk of the Court and copied in an e-mail with a Word or WordPerfect attachment, to the Chambers of the undersigned Magistrate Judge at Rice_Chambers@cod.uscourts.gov on or before April 3, 2006[1].  Responses are to be filed with the Clerk of the Court and copied in an e-mail with a Word or WordPerfect attachment to the Chambers of the undersigned Magistrate Judge on or before May 2, 2006.

It is further ORDERED that thirty (30) days before trial, the parties shall notify the Magistrate Judge's assistant, Lynn Singer, who may be reached at (970) 241-8932 of any need for special accommodation for any attorney, party, or witness; or any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDROM or other electronic means of evidence presentation.

---

[1]  See the Court's Electronic Case Filing Procedures (Criminal Cases) (Version 2.0), §§ V. H and V. L which may be found on the Court's website.

It is further ORDERED that each party shall file with the Clerk of the Court and provide the Magistrate Judge with an original and two copies of the following materials <u>at the beginning</u> of the court trial:

1.      Witness list in alphabetical order;

2.      Exhibit list (see attached format);

       a.      Trial exhibits shall be pre-marked.  The Government shall use numbers and the defense shall use letters;

       b.      The parties are to meet and exchange their pre-marked exhibits before the beginning of the trial.

       c.      The parties are to pre-determine the designation of any exhibit which is endorsed by both parties in order to avoid duplication of exhibits;

       d.      Each party's original trial exhibits shall be used by the witness and two copies of the exhibits shall be provided to the Magistrate Judge;

       e.      Trial exhibits shall be tabbed and placed into notebooks including the Court's copies of the exhibits, <u>unless</u> an exhibit is incapable of being placed into a notebook; and,

       f.      Any exhibit which consists of multiple pages shall have each page of the exhibit sequentially numbered for ease of reference by the witness and for clarity of the record.

3.      A list of any objections any party has to the opponent's exhibits.  These objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection.  If the authority is in the Federal Rules of Evidence, the rule number is to be cited; if the authority is case law the Court is to be provided with a copy of the case.

4.      A list of witnesses' scheduling problems, indicating times of such witnesses' availability during the trial.

5.      A list of stipulated exhibits.

6.      A list of stipulated facts.

7.      A list of any facts of which a party is asking the Court to take judicial
        notice.

8.      A list of any unique terms intended to be used during the trial, in
        alphabetical order (examples: medical, commercial, and scientific terms).

It is further ORDERED that a Notice of Disposition shall be filed with the Clerk of
the Court no later than <u>fourteen (14) days before the date set for the trial</u> AND a copy
shall be provided to the Magistrate Judge's Chambers by e-mail in a Word or
WordPerfect attachment.

Dated this 8th day of March, 2006.

                            BY THE COURT:

                            s/Gudrun Rice

                            _____
                            Gudrun Rice
                            United States Magistrate Judge

3

EXHIBIT LIST

CASE NUMBER_____          PLAINTIFF'S LIST_____          DEFENDANT'S LIST_____          THIRD PARTY LIST ____

CASE CAPTION _____ VS. _____ PAGE NUMBER___ DATE_____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, ETC.) and DEFENDANT'S EXHIBIT BY LETTER (A, B, C, A1, A2, A3, B1, B2,  B3, ETC.)

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |