IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 06-po-00002-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT L. CONGDON,

    Defendant.

---

ORDER ON MOTION FOR DECLARATORY JUDGMENT
REGARDING ACCESS TO THE MAREE LOVE CLAIM

---

    The Defendant has improperly filed a Motion for Declaratory Judgment, which Motion is denied without prejudice. Defendant is directed to the Federal Rules of Criminal Procedure and Local Rules of Practice and the Court's website at www.cod.uscourts.gov.

    Dated this 10th day of April, 2006.

                                BY THE COURT:

                                s/Gudrun Rice

                                Gudrun Rice
                                United States Magistrate Judge