IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 06-po-00002-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT L. CONGDON,

    Defendant.

---

ORDER ON MOTION TO DISMISS VIOLATION NUMBER F3868356

---

    Defendant's Motion to Dismiss Violation Number F3868356, now incorporated in count Four of the Information, is set for hearing on June 8, 2006 at 9:00 a.m., immediately precedent to the trial scheduled in the above-captioned matter.

    Dated this 10th day of April, 2006.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge