IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 06-po-00002-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT L. CONGDON,

    Defendant.

---

ORDER ON MOTION TO SUPPRESS BILL WESTBROOK'S
STATEMENTS, NOTES, REPORTS AND VERBAL INPUT

---

    Defendant's Motion to Suppress Bill Westbrook's Statements, Notes, Reports and Verbal Input to the Investigation of Luke Konantz is set for hearing on June 8, 2006 at 9:00 a.m., immediately precedent to the trial scheduled in the above-captioned matter.

    Dated this 10th day of April, 2006.

                                BY THE COURT:

                                s/Gudrun Rice

                                Gudrun Rice
                                United States Magistrate Judge