IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 06-po-00002-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT L. CONGDON,

      Defendant.

---

ORDER ON MOTION TO SUPPRESS ANY AND ALL REFERENCES
TO THE WHITE BANKS MINING CLAIM

---

Defendant's Motion to Suppress any and all references to the White Banks Mining Claim, financial affairs of Congdon, the "Lost Gold Camp" and any and all matters not directly connected to the Maree Love Mining Claim that is the subject to the complaint against Congdon is set for hearing on June 8, 2006 at 9:00 a.m., immediately precedent to the trial scheduled in the above-captioned matter.

Dated this 10th day of April, 2006.

BY THE COURT:

s/Gudrun Rice

Gudrun Rice
United States Magistrate Judge