IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 06-po-00002-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT L. CONGDON,

    Defendant.

---

ORDER ON MOTION TO SUPPRESS BILL KIGHT'S
NOTES, REPORTS AND VERBAL COMMENTS

---

    Defendant's Motion to Suppress Bill Kight's Notes, Reports and Verbal Comments to the investigation of the alleged violation of Congdon is set for hearing on June 8, 2006 at 9:00 a.m., immediately precedent to the trial scheduled in the above-captioned matter.

    Dated this 10th day of April, 2006.

                                    BY THE COURT:

                                    s/Gudrun Rice

                                    Gudrun Rice
                                    United States Magistrate Judge