IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Gudrun Rice

Criminal Case No.: 06-po-00002-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT L. CONGDON,

    Defendant.

---

ORDER ON MOTION FOR INJUNCTION TO STOP DESTRUCTION
AND OR REMOVAL OF PROPERTY ON THE MAREE LOVE CLAIM

---

    The Motion is denied, the Court having no jurisdiction to grant a temporary injunction, for reasons more fully set forth on the record.

    Dated this 19th day of September, 2006.

                                          BY THE COURT:

                                          s/Gudrun Rice

                                          Gudrun Rice
                                          United States Magistrate Judge