IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun J. Rice

Criminal Case No.: 06-po-00002-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT L. CONGDON,

    Defendant.

## ORDER RE: UNOPPOSED MOTION TO VACATE SENTENCING

    The Court grants the Government's Unopposed Motion to Vacate Sentencing Hearing on June 20, 2007 at 3:00 p.m. and to set Status Conference on Tuesday, July 10, 2007 at 10:00 a.m.

    Dated this 20th day of June, 2007.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge